UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEJANDRA RAMALES, et al., | Case No. 22-cv-02863 (LDH)(CLP) |
| Plaintiff, | |
| -against- | |
| SIGNATURE CLEANING SERVICES, INC., et al., | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFFS' NON-FLSA CLAIMS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, and ordered by the Court, that all of Plaintiffs' claims in the above-captioned action, except those brought under the Fair Labor Standards Act, are dismissed *with prejudice* pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs, disbursements or attorneys' fees to any party.

| **JOSEPH & NORINSBERG, LLC** | **WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP** |
|---|---|
| By: _/s/ Michael Minkoff_ | By: _/s/ Guy M. Allen_ |
| Michael Minkoff, Esq. | Guy M. Allen, Esq. |
| 110 East 59th Street, Suite 3200 | 1201 RXR Plaza |
| New York, New York 10022 | Uniondale, New York 11556 |
| (212) 227-5700 | (516) 622-9200 |
| Michael@employeejustice.com | gallen@westermanllp.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: August 30, 2023 | Dated: August 31, 2023 |

**SO ORDERED:**

_/s/ Cheryl L. Pollak_
U.S. District Magistrate Judge
10/16/2023
Dated

18